CHARLES S. SCHOLEN, as Limited Administrator C. T. A. of All and Singular the Goods, Chattels and Credits Which Were of FREDERICK B. AEBLY, Deceased, Appellant, v. GUARANTY TRUST COMPANY OF NEW YORK, Respondent.— Judg-

ment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore and Callahan, JJ.